**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Timothy Moxley, *et al.*,

    vs.                          Case No. 2:21-cv-3838

The Ohio State University,            **Judge Michael H. Watson**

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the October 25, 2021 Opinion and Order, Defendant's Motion to Dismiss is GRANTED.

Date: **October 25, 2021**         **Richard Nagel, Clerk**

                                            s/ Jennifer Kacsor

                                       By Jennifer Kacsor/Courtroom Deputy