IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| TIMOTHY MOXLEY, et al., | |
| Plaintiffs, | Case No. 2:21-cv-03838 |
| v. | Judge Michael H. Watson |
| THE OHIO STATE UNIVERSITY, | Chief Magistrate Judge Elizabeth P. Deavers |
| Defendant. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Timothy Moxley, Ryan Callahan, John Jackson, Jr., James Carroll, Jeffrey Rohde, Patrick Murray, Everett Ross, John Does 78-95, and John Does 97-105 hereby appeal to the United States Court of Appeals for the Sixth Circuit from this Court's decision and order entered in this action on the 25th day of October, 2021 (ECF No. 26), which granted the Defendant's Motion to Dismiss, as well as the accompanying final judgment entered on the same day (ECF No. 27).

Dated: Columbus, OH
October 26, 2021

Respectfully submitted,

By: /s/ Scott E. Smith
Scott E. Smith

Address: SCOTT ELLIOT SMITH, LPA
5003 Horizons Drive, Suite 100
Columbus, Ohio 43220
Phone: (614) 846-1700
Fax: (614) 486-4987
E-Mail: ses@sestriallaw.com

Attorney for Plaintiffs