## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: May 13, 2022

Mr. Michael Hiram Carpenter
Carpenter, Lipps & Leland
280 N. High Street
Suite 1300
Columbus, OH 43215

Mr. Roger A. Cooper
Cleary, Gottlieb, Steen & Hamilton
One Liberty Plaza
New York, NY 10006

Mr. James Patrick Davy
Law Office
P.O. Box 15216
Pennsylvania, PA 19125

Mr. David A. Lebowitz
Kaufman Lieb Lebowitz & Frick
18 E. 48th Street
Suite 802
New York, NY 10017

Mr. Ilann Margalit Maazel
Emery Celli Brinckerhoff Abady Ward & Maazel
600 Fifth Avenue
Tenth Floor
New York, NY 10020

Mr. Tad Thomas
Thomas Law Offices
9418 Norton Commons Boulevard
Suite 200
Louisville, KY 40059

Ms. Caroline Hickey Zalka
Weil, Gotshal & Manges
767 Fifth Avenue
New York, NY 10153

      Re: Case No. 21-3991, *Timothy Moxley, et al v. The Ohio State University*
         Originating Case No. : 2:21-cv-03838

Dear Counsel,

  The Court issued the enclosed Order today in this case.

              Sincerely yours,

              s/Sharday S. Swain
              Case Manager
              Direct Dial No. 513-564-7027

cc: Mr. David John Barthel
   Ms. Marissa Benavides
   Mr. Timothy Raymond Bricker
   Ms. Alexandra Zoe Brodsky
   Ms. Debra L. Greenberger
   Ms. Sarah Braude Gutman
   Ms. Adele P. Kimmel
   Ms. Charity E. Lee
   Mr. Mitchell A. Lowenthal
   Mr. Seth Massey
   Mr. Richard W. Nagel
   Ms. Alexandra Rose
   Ms. Arianna M. Scavetti
   Mr. Scott E. Smith

Enclosure

No. 21-3991

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

```
FILED
May 13, 2022
DEBORAH S. HUNT, Clerk
```

| | |
|---|---|
| TIMOTHY MOXLEY, et al., | ) |
| | ) |
|     Plaintiffs-Appellants, | ) |
| | ) |
| v. | )   O R D E R |
| | ) |
| THE OHIO STATE UNIVERSITY, | ) |
| | ) |
|     Defendant-Appellee. | ) |

Before: McKEAGUE, WHITE, and READLER, Circuit Judges.

Plaintiffs appeal a district court order granting Defendant The Ohio State University's motion to dismiss in this case arising from sexual assault allegations against a university physician and team doctor. Plaintiffs move for leave file a corrected complaint and corrected amended complaint on the district court's docket to replace those already filed. They assert that the documents, as currently filed, each include one paragraph that inadvertently mentions a plaintiff's true name rather than using the appropriate John Doe designation. They seek this relief *nunc pro tunc*. Plaintiffs represent that Defendant consents to the corrected filings.

"The court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record." Fed. R. Civ. P. 60(a). "But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave." *Id*. "The basic purpose of the rule is to

No. 21-3991
-2-

authorize the court to correct errors that are mechanical in nature." *In re Walter*, 282 F.3d 434, 440 (6th Cir. 2002).  Plaintiffs assert that only one paragraph of the original complaint, which was unchanged in the amended complaint, inadvertently failed to use the appropriate John Doe designation and instead referred to the plaintiff by name.  Here, where Plaintiffs' failure to use the appropriate John Doe designation arose from oversight or omission, application of Rule 60(a) is appropriate.  *Cf. id.* at 441.

    Accordingly, the motion for leave to correct filings *nunc pro tunc* is **GRANTED**.

    ENTERED BY ORDER OF THE COURT

Deborah S. Hunt, Clerk